UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANSON S. WARD,<br><br>        Plaintiff,<br><br>    v.<br><br>SGT. RICH, et. al.,<br><br>        Defendants. | Case No. EDCV 08-1021-AHM(OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

IT IS HEREBY ORDERED that:

(1) Defendants' Motion to Dismiss for failure to exhaust administrative remedies is denied, as Defendants have failed to satisfy their burden of proving this affirmative defense;

(2) Defendants' Motion to Dismiss as untimely Plaintiff's Eighth Amendment cruel and unusual punishment claims as to Defendants Goodrich, Holmes, Harris, and Vernal is denied, as these claims were timely raised;

(3) Defendants' Motion to Dismiss as untimely Plaintiff's First and Fourteenth Amendment claims is denied without prejudice; and

(4) Within thirty (30) days from the date of the entry of the order approving and adopting this Report and Recommendation, Defendants Goodrich, Holmes, Harris, and Vernal, shall file an Answer to Plaintiff's First, Eighth, and Fourteenth Amendment claims.

DATED: May 19, 2011

HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge