UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 08-01021 JVS (OPx) | Date | March 12, 2013 |
| Title | Branson S. Ward v. Sgt Rich | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court ORDERS plaintiff, to SHOW CAUSE in writing no later than **March 29, 2013** why this action should not be dismissed for lack of prosecution. Local Rule 41-6 requires that:

"If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court . . . of his current address, the Court may dismiss the action with or without prejudice."

Mail, from the Court, addressed to the plaintiff at the his current official address of record was returned to the Court on February 6, 2013, February 11, 2013 and February 19, 2013. On February 22, 2013, the Court, forwarded all returned mail to the address indicated on the envelope accompanying the plaintiff's Objections to Report and Recommendation of Magistrate Judge Oswald Parada filed on October 29, 2012, page 4:

Mr. Branson S. Ward
4660 Victoria Ave #1804
Riverside, CA 92507

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE. and the address to the left
DATED: 3/13/13
DEPUTY CLERK

The Court has not received a request to change plaintiff's address as required by Local Rule 41-6. The Court will accept a written request to change the plaintiff's address as a response to this Order to Show Cause.

Initials of Preparer  kjt